IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:95CR79 |
| | ) | |
| v. | ) | |
| | ) | |
| CLARENCE ROBINSON, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and the Fair Sentencing Act (Filing No. 197) is denied.

2) Defendant's motion for correction or reduction of illegal sentence pursuant to Rule 35 of the Federal Rules of Criminal Procedure (Filing No. 200) is denied.

3) Defendant's motion to correct or reduce illegal sentence pursuant to Rule 35 of the Federal Rules of Criminal Procedure (Filing No. 202) is denied.

DATED this 24th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court